UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00185

**Otha James,**
*Petitioner,*

v.

**Director, TDCJ,**
*Respondent.*

# ORDER

Petitioner Otha James brought this petition for a writ of habeas corpus under 28 U.S.C. § 2241(a) and (c)(1) challenging his state-court conviction for attempted murder. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending dismissal with prejudice as to refiling without permission from the Fifth Circuit, but without prejudice as to refiling once such permission is obtained. Doc. 4 at 5. The report also recommended denying a certificate of appealability sua sponte. *Id*. No party filed written objections.

Ordinarily, the court reviews the objected-to portions of a magistrate judge's report and recommendation de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But when there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The petition for a writ of habeas corpus is dismissed. The dismissal is with prejudice as to refiling without permission from the Fifth Circuit, but without prejudice as to petitioner's right to seek permission from the Fifth Circuit to file a second or successive habeas petition and to file such a petition if permission is

granted. A certificate of appealability is denied sua sponte. Any pending motions are denied as moot.

*So ordered by the court on January 16, 2026.*

J. CAMPBELL BARKER
United States District Judge